# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-4237-GW-Ex | Date | April 26, 2024 |
|---|---|---|---|
| Title | *Leticia Lopez v. Ricoh USA, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

The Court has received the parties' Joint Status Report (ECF No. 111) indicating that the parties have reached a settlement and are preparing final documents. Based thereon, the April 25, 2024 status conference and all remaining previously set dates are taken off-calendar. An order to show cause re settlement is set for June 27, 2024 at 8:30 a.m., and the parties are to file a joint report by June 24.

                                                                                            :
                                                        Initials of Preparer    JG